UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ENT INT'L REALTY CORP., H.P.S.O.N.Y., INC. N.Y.A.H., INC., R.C.F.H.P., INC. On behalf of themselves and others similarly situated,

        Plaintiffs,

-against-

ANDREW CUOMO, in his personal and official capacity as Governor of the State of New York, BILL De BLASIO in his personal and official capacity as Mayor of New York City, and THE NEW YORK CITY DEPARTMENT OF FINANCE.

        Defendants.

---------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS**

Case 1:20-CV-4277 (PKC)

  **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Edan Burkett, dated August 7, 2020, and the Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction and in Support of Motion to Dismiss, dated August 7, 2020, Defendants Bill de Blasio and the New York City Department of Finance (collectively, "City"), by their attorney, James E. Johnson, Corporation Counsel of the City of New York, will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the claims pled in Plaintiffs' Complaint (Dkt. No. 1) against the City, on the grounds that this Court lacks subject matter jurisdiction to enjoin the collection of real estate taxes pursuant to 28 U.S.C. § 1341 (i.e.,

Tax Injunction Act), and also for failure to state a claim against the City upon which relief can be granted, and such other and further relief as the Court shall deem just and proper.

Dated:	New York, New York
	August 7, 2020

        JAMES E. JOHNSON
        Corporation Counsel of the
          City of New York
        Attorney for Defendants Bill de Blasio and the New York
        City Department of Finance
        100 Church Street
        New York, New York 10007
        (212) 356-2668
        eburkett@law.nyc.gov

By:    /s/
      Edan Burkett
      Assistant Corporation Counsel

TO: All Counsel (VIA ECF)