**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ENT INT'L REALTY CORP., H.P.S.O.N.Y., INC.,
N.Y.A.H., INC., R.C.F.H.P., INC., on behalf of
themselves and all others similarly situated,

                      Plaintiffs,

      -against-                              20 **CIVIL** 4277 (PKC)

## JUDGMENT

ANDREW CUOMO, in his personal and official
Capacity as Governor of the State of New York,
BILL De BLASIO, in his personal and official
Capacity as Mayor of New York City, and THE
NEW YORK CITY DEPARTMENT OF
FINANCE,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 9, 2020, for this and other reasons asserted in the motion to dismiss of defendant De Blasio and defendant New York City Department of Finance, the motion will be granted. Because defendants have made out a prima facie basis for dismissal of all claims and the plaintiffs have not come forward despite an opportunity to do so with any argument or reason why the Court ought not grant the motions, the motions to dismiss are GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       September 9, 2020

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                                    **BY:**     *K. Mango*

                                                         **Deputy Clerk**